UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-78-FtM-38CM

DWAYNE HARRIS

_____

### **ORDER OF FORFEITURE**

The defendant pleaded guilty to Counts Three and Nine of the Indictment which charges him with a bank and wire fraud scheme, in violation of 18 U.S.C. §§ 1344(1) and 1343, and the United States has established that the defendant obtained $11,367.88 in proceeds as a result of the offenses. The United States moves under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $11,367.88 in proceeds. Accordingly, it is now

**ORDERED**:

The motion is **GRANTED**. The United States is entitled to forfeit the $11,367.88 in proceeds which the defendant obtained as a result of the bank and wire fraud scheme.

Because the $11,367.88 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $11,367.88. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

**DONE and ORDERED** in Fort Myers, Florida, this 30th day of March, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record